UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 10, 2026

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

RE:     **26-5040, Stephens v. State of Oklahoma, et al**
        Dist/Ag docket: 4:25-CV-00286-CVE-MTS

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

### Preliminary Documents (All Parties)

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

### Filing & Docketing Fee (Appellant)

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals.

**[IF THE DISTRICT COURT GRANTED *IFP*:]** The district court has granted you leave to proceed without prepayment of fees in this appeal. As a result, nothing further is required from you at this time.

**Within 30 days** of the date of this letter, you must either (1) pay the $605.00 fee to the district court, or (2) file a motion <u>in the district court</u> for leave to proceed on appeal without prepayment of fees.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in the dismissal of this appeal without further notice.** *See* **Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).**

### Method of Receiving Service (Pro Se Parties)

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      John K.F. Langford

CMW/sls

## Cara Mirabal

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, April 10, 2026 11:29 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 26-5040 Stephens v. State of Oklahoma, et al "Prisoner case docketed" (4:25-CV-00286-CVE-MTS) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 04/10/2026 at 10:25:08 AM Mountain Daylight Time and filed on 04/10/2026

| | |
|---|---|
| **Case Name:** | Stephens v. State of Oklahoma, et al |
| **Case Number:** | 26-5040 |
| **Document(s):** | Docket Entry #1 |

**Docket Text:**
[11271951] Prisoner case docketed. DATE RECEIVED: 04/10/2026. Notice of appearance due on 05/11/2026 for Linh Tran Stephens. Fee or IFP forms due in district court 05/11/2026 for Linh Tran Stephens. Notice of appearance due on 04/24/2026 for Oklahoma Department of Human Services. [26-5040]

**Notice will be electronically mailed to:**

Mr. John K.F. Langford: john.langford@okdhs.org, cynthia.keirsey@okdhs.org

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** stephensappeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11271951-0]
[a980acee0c2b32e6c295676cede5e148c072301100d738919c44dd439b7d8748e488338b30cdee39866
82c890c5d14643a5fa2a3ab2b817f74f74c533e32c580]]

**Document Description:** Case Opening Pro Civil/Habeas
**Original Filename:** /opt/ACECF/live/forms/265040_11271951_538.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11271951-1]
[8842df70cda622827f8cfbedd3ede798a2fb6e27c6f754057e45d47b75a4301235807bd51479d48052c03
d5a0089e9823978018f7d6792df9718d1e7f58d7beb]]
**Recipients:**

- [Mr. John K.F. Langford](#)
- [Ms. Linh Tran Stephens](#)