**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

LINH TRAN STEPHENS,

    Petitioner - Appellant,

v.

STATE OF OKLAHOMA, et al.,

    Respondents - Appellees.

No. 26-5040
(D.C. No. 4:25-CV-00286-CVE-MTS)
(N.D. Okla.)

_____

**ORDER**
_____

This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket reveals a pending *Motion to Reopen Time to File Notice of Appeal . . . and Motion for Relief from Void Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and 60(d)(3) for Fraud Upon the Court*. Without deciding whether the abatement of this appeal is required by Federal Rule of Appellate Procedure 4(a)(4), the court has determined it is in the interest of judicial efficiency to abate the appeal pending the district court's decision on the motion.

Accordingly, this appeal is ABATED. When the dispositive order is entered by the district court, the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                              Jane K. Castro
Clerk of Court                                                     Chief Deputy Clerk

April 10, 2026

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

**RE:**   **26-5040, Stephens v. State of Oklahoma, et al**
          Dist/Ag docket: 4:25-CV-00286-CVE-MTS

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      John K.F. Langford

CMW/sls

**Cara Mirabal**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, April 10, 2026 1:25 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 26-5040 Stephens v. State of Oklahoma, et al "Order filed" (4:25-CV-00286-CVE-MTS) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 04/10/2026 at 12:23:24 PM Mountain Daylight Time and filed on 04/10/2026

| | |
|---|---|
| **Case Name:** | Stephens v. State of Oklahoma, et al |
| **Case Number:** | 26-5040 |
| **Document(s):** | Docket Entry #2 |

**Docket Text:**
[11272027] Order filed by Clerk of the Court abating case. Reason for abatement: DCt Motion. Please see attached order for additional information. Served on 04/10/2026. [26-5040]

**Notice will be electronically mailed to:**

Mr. John K.F. Langford: john.langford@okdhs.org, cynthia.keirsey@okdhs.org

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 26-5040.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11272027-0] [4fcba3bd7f8f8a43bb238303c4c0431e05d68ea4e9dfed0ff7b402a0de77bcfb60f0cdd949c2c4510e3f8e576322fa06086759a822022f9cdd2564c1daa4b9e7]]


**Document Description:** Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/265040_11272027_128.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11272027-1] [be401345d7cf088f46d09ea180f10f3d1f9886a1fc3d198599f4265bd76aaf514a880320734a3f6229cb325730c8a64941061baff99df66e61bcdbbfcfb3620b]]

**Recipients:**

- Mr. John K.F. Langford
- Ms. Linh Tran Stephens