**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LINH TRAN STEPHENS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. 25-CV-0286-CVE-MTS** |
| | ) | |
| **STATE OF OKLAHOMA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

This closed civil action is before the Court on petitioner's motion for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u>.  Dkt. # 22.  Petitioner seeks leave to appeal, in Case No. 26-5040, without prepayment of the $605 appellate docketing and filing fees.  <u>Id.</u>  "[T]o succeed on [t]his motion, [petitioner] must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." <u>DeBardeleben v. Quinlan</u>, 937 F.2d 502, 505 (10th Cir. 1991).  Based on representations in the motion for leave to appeal in forma pauperis, the Court finds that petitioner lacks sufficient funds to prepay the required fees.  Nonetheless, the Court finds nothing in the notice of appeal or any other portion of the record to suggest "the existence of a reasoned, nonfrivolous argument on the law and facts" that petitioner could present on appeal.  The Court therefore denies the motion for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u>.  On or before June 18, 2026, petitioner shall either:  (1) pay the $605 appellate docketing and filing fees to the Clerk of Court for the district court or (2) renew her request to proceed without prepayment of the fees by filing a motion for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u> in the United States Court of Appeals for the Tenth Circuit, in accordance with Federal Rule of Appellate Procedure 24(a)(5).

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u> (Dkt. # 22) is **denied**.  On or before **June 18, 2026**, petitioner shall either (1) **pay** the $605 appellate docketing and filing fees to the Clerk of Court for the district court or (2) **file** a motion for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u> in the United States Court of Appeals for the Tenth Circuit, in accordance with Federal Rule of Appellate Procedure 24(a)(5).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **send**, electronically, a copy of this order to the United States Court of Appeals for the Tenth Circuit, regarding **Case No. 26-5040**.

**DATED** this 19th day of May, 2026.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

2